IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          : CIVIL NO: C-1-00-718
                                : JUDGE DLOTT

JUDY R. NEFF,

        Defendant.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy said judgment of record.

        Respectfully submitted,

        GREGORY G. LOCKHART
        United States Attorney

        s/ Deborah F. Sanders
        DEBORAH F. SANDERS (0043575)
        Assistant United States Attorney
        303 Marconi Blvd, Suite 200
        Columbus, Ohio 43215
        (614) 469-5715

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and that it was served by regular U.S. mail, postage prepaid this ____30th____ day of ___March_____, 2006 upon Defendant, Judy R. Neff, 108 Regency Ct., Covington, OH 45318.

      s/ Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney

N:\_ECF Workload\DSanders\Neff - Sat of Judg.wpd